IN RE: DANIEL SANCHEZ                        CASE NO. 08-11143

Claim 000009, Payment 0.48%
Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA, N.A.**   CHECK NUMBER

32-1/1110 TX
0

**1019**

| DATE | AMOUNT |
|---|---|
| 12/20/10 | ***********3.82 |

**1827386**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-11143   B | Debtor: SANCHEZ, DANIEL<br>Joint Debtor: SANCHEZ, VICTORIA |

United States Bankruptcy Court
LA
500 Poydras St.
B-601
New Orleans, LA 70130

*Three Dollars And 82/100*

Barbara Rivera-Fulton
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆0010119⑆ ⑈111000012⑈ 4437264716⑈

12/22/10
DEPOSITED TO UNCLAIMED
UNDER $25.00.
DUE: GE MONEY BANK
dba JCPENNEY CREDIT SERVICES

```
   UNITED STATES
 BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
   NEW ORLEANS DIVISION

 # 228015     - JN
  * * C O P Y * *
   December 22, 2010
       13:26:01


   UNC.UNDER$25
     08-11143
Debtor.: DANIEL J. SANCHEZ
Trustee: Barbara Rivera-Fulton
Amount.:         $3.82 CH
Check#.: 1019



Total->  $3.82



FROM: RIVERA FULTON
```

Date: 12/20/10  Page: 1

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-11143 - SANCHEZ, DANIEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   Acct. 5458 | 000009 | 797.08 | 3.82 |
| ---------- Remittance Total --------------- | | 797.08 | 3.82 |

*Barbara Rivera-Fulton* (signature)

Law Ofc. of Barbara Rivera Fulton, Trustee